No. 97, Misc. FACTOR *v.* HUMPHREY, WARDEN; and No. 99, Misc. McDONALD *v.* HUNTER, WARDEN. March

11, 1946. The motions for leave to file petitions for writs of habeas corpus are denied. *A. Bradley Eben* for petitioner in No. 97 Misc.